UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

C.A. NO: 2:19-cv-01237-RMG

| | |
|---|---|
| Patrick Gresham,<br><br>    Plaintiff,<br><br> vs.<br><br>Arclabs, LLC,<br><br>    Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Patrick Gresham, through his counsel, hereby stipulates to the dismissal of this action, including all of the claims and causes of action, **with prejudice**, each party to bear his/its own costs.

Respectfully submitted this 24th day in August, 2020.

WE SO MOVE:

s/Robert M. Turkewitz
Robert M. Turkewitz, Fed. ID. No. 4902
St. Andrews Law Center
768 St. Andrews Blvd.
Charleston, SC 29407
Telephone: (843) 628-7868
E-mail: rob@rmtlegal.com

s/Brian M. Knowles
Brian M. Knowles, Fed. ID. No. 9694
Knowles Law Firm, PC
768 St. Andrews Blvd.
Charleston, SC 29407
Telephone: (843) 810-7596
E-mail: brian@knowlesinternational.com

**ATTORNEYS FOR PLAINTIFF**

WE CONSENT:

s/RW Belcher
Reginald W. Belcher, Fed. ID No. 6940
Hannah D. Stetson, Fed. ID. No. 12036
Turner Padget Graham & Laney P.A.
1901 Main Street, 17th Floor
P.O. Box 1473
Columbia, South Carolina  29202
Phone: (803) 254-2200
Fax: (803) 799-3957
E-mail:  rbelcher@turnerpadget.com
    hstetson@turnerpadget.com

**ATTORNEYS FOR DEFENDANT**